IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK JAMES HELTON,

         Plaintiff,

v.

SLUMBERLAND FURNITURE,
GREGORY STUMP, JESSE SMITH and
MARY HESCH,

         Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-531-jdp

      This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is in favor of defendants denying plaintiff Patrick James Helton leave to proceed and dismissing his claims against Gregory Stump, Jesse Smith, and Mary Hesch and dismissing this case without prejudice for plaintiff's failure to prosecute it.

/s/                                                                                    10/03/2016

Peter Oppeneer, Clerk of Court                                      Date